FILED

JUN 1 7 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

JAMES TIMOTHY COBB,

        Defendant.

Criminal No. 1:18CR33
(Judge Keeley)

## FINAL ORDER OF FORFEITURE

Based on the following findings, the motion of the United States for entry of a Final Order of Forfeiture under Rule 32.2(c)(2), F.R.Cr.P. with respect to the below described property is **GRANTED**.

1. The Preliminary Order of Forfeiture, entered in this case on March 6, 2019, includes the following property:

    - One Gateway Laptop, serial number NXY1UAA0032251C66F1601 [CATS ID: 18-FBI-004748].

2. The preliminary order of forfeiture became final as to the defendant when he was sentenced in this case.

3. Pursuant to Rule 32.2(b)(6)(A), the United States published notice of the forfeiture order on the government's official internet forfeiture website for 30 consecutive days, commencing on March 7, 2019, and ending on April 5, 2019.

4. The deadline for filing a petition by any person asserting an interest in property specified in the Preliminary Order of Forfeiture is 30 days after the earlier of the date of the final publication of the Notice of Forfeiture and the date of the receipt of any written notice of the forfeiture directed to the petitioner by the government. 21 U.S.C. § 853(n)(2).

5. No one asserting an interest in the subject property has petitioned the Court for a hearing to adjudicate the validity of an asserted property interest.

Accordingly, it is **ORDERED** that the forfeiture of the subject property is **FINAL** as to the defendant and any third-party to this criminal action. It is **FURTHER ORDERED** that the United States has clear title to said property, and no right, title, or interest shall exist in any other party. The United States is directed to dispose of the subject property in accordance with law.

**SO ORDERED.**

DATED: June 17, 2019

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE